IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DERMOND JONES, JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) NO. CIV-24-0132-HE |
| TERRI TURLEY, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Plaintiff Dermond Jones, Jr. brought this action alleging violations of his constitutional rights. Pursuant to 28 U.S.C. § 636(b)(1)(B),(C), the matter was referred to Magistrate Judge Suzanne Mitchell for initial proceedings. On March 15, 2024, Judge Mitchell issued a Report and Recommendation recommending the court dismiss the complaint without prejudice based on plaintiff's failure to follow the court's rules and orders. Plaintiff was advised of his right to object to the Report and Recommendation by April 5, 2024. No objection has been filed. Plaintiff has therefore waived his right to appellate review of the factual and legal issues addressed in the report. Cassanova v. Ulibarri, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the court **ADOPTS** the Report and Recommendation [Doc. #5] and **DISMISSES** plaintiff's complaint without prejudice based on plaintiff's failure to follow the court's rules and orders.

**IT IS SO ORDERED**.

Dated this 17th day of April, 2024.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE